**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**YIYUAN CHEN #A209-018-685** — **CASE NO. 3:26-CV-00842 SEC P**

**VERSUS** — **JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** — **MAGISTRATE JUDGE HORNSBY**

JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Yiyuan Chen's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE** sua sponte for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

ALEXANDRIA, LOUISIANA, this 2nd day of October, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE